UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CSG SYSTEMS, INC.,** | |
| Plaintiff, | Case No._____ |
| vs. | **COMPLAINT** |
| **NTT DATA, INC.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

Plaintiff CSG Systems, Inc. ("CSG"), by and through its attorneys, Kauff Laton Miller LLP, for its Complaint against Defendant NTT DATA, Inc. ("NTT"), alleges as follows:

### NATURE OF THE CASE

1. CSG provides software and services-based solutions to help clients engage and transact with their customers.

2. Kitewheel, LLC was a Massachusetts-based limited liability company that also supplied software and services to its customers. CSG acquired Kitewheel in July 2021.

3. This is an action for damages arising from NTT's willful breach of a three-year Master Business Agreement For Suppliers (the "MBA"), pursuant to which Kitewheel agreed to provide certain software products and professional services to NTT. A true and correct copy of the MBA is attached hereto as Exhibit A.

4. The MBA concerns the terms under which NTT purchased and/or licensed "Solutions" from Kitewheel. The MBA defines "Solutions" ton include "SaaS," definied as "a centrally-hosted software application that is owned, managed and maintained by [Kitewheel], or for which [Kitewheel] is ultimately responsible, and delivered to [NTT] over the internet or other

1

network.["]. One of Kitewheel's software applications was Xponent, a product that helps businesses "unite" their data a better communicate with their customers.

5. The MBA's definition of "Solutions" also includes the services performed by Kitewheel, including "professional services, consulting services, information technology services, marketing services and any other services and any Work Product provided in connection with such Services."

6. In exchange for access to Kitewheel's proprietary Solutions, NTT agreed to pay certain fees pursuant to schedules that are clearly set forth in the MBA. NTT also agreed to pay Kitewheel's invoices within 60 days of receipt.

7. For the three-year term of the MBA, NTT was obligated to pay an annual "Reseller License Fee" of $180,000.00 to Kitewheel in exchange for Kitewheel's services. For at least two years, NTT paid the Reseller License Fee without complaint, but then it refused to pay the Resller License Fee for the final year of the MBA.

8. Kitewheel, in the meantime, continued to perform all of its obligations under the MBA.

9. NTT is therefore in breach of the MBA. CSG, as Kitewheel's successor-in-interest pursuant to an assignment agreement, seeks a judgment on its sole cause of action, for breach of contract, of at least $180,000.00, plus contractual late fees and interest at the statutory rate from the date of NTT's breach.

## THE PARTIES AND JURISDICTION

10. Plaintiff CSG Systems, Inc., is incorporated and has its headquarters in Colorado.

11. Defendant NTT is, on information and belief, a Massachusetts corporation with headquarters in Plano, Texas.

12. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)., as there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.

13. Venue and jurisdiction are proper in this Court because the MBA that is the subject of this lawsuit has a "Governing Law; Venue" provision pursuant to which the parties agreed that any dispute arising under or relating in any way to the MBA or any relationships contemplated in the MBA shall be governed and construed in accordance with the laws of the state of New York, and the parties further voluntarily and irrevocably submitted to the exclusive jurisdiction and venue of the Southern District of New York. The parties to the MBA agreed that this Court is the exclusive proper forum for the determination of any claim or dispute arising out of, or in connection with, the MBA and waived any objection to "venue or convenience of forum."

## BACKGROUND

14. Plaintiff CSG Systems, Inc., is a customer interaction management company that provides software and services-based solutions to help clients engage and transact with their customers.

15. Kitewheel, LLC was a Massachusetts-based limited liability company that supplied software as a service, delivered over the internet or other network, to its customers.

16. CSG acquired Kitewheel in June 2021. Kitewheel continued to operate for a time as a wholly-owned subsidiary of CSG.

17. NTT, in its own words, "brings a consultative approach and deep industry expertise to deliver practical and scalable IT solutions that help organizations accelerate their digital journeys.

18. The MBA between Kitewheel and NTT became effective on September 29, 2022.

19. Kitewheel and NTT entered into the MBA with the expectation and understanding that Kitewheel would provide SaaS and related professional services to NTT, which NTT would then attempt to resell to its own customers. NTT had the contractual right to resell the SaaS to its customers under its own brand name.

20. Among other documents attached to the MBA are a "SaaS Rider" and a "SaaS Schedule." The SaaS Rider sets forth the terms concerning NTT's purchase of SaaS from Kitewheel. The SaaS schedule sets out various "resale license fees" that NTT would pay to Kitewheel upon licensing Kitewheel's solutions to its own customers.

21. NTT also agreed to pay a Reseller License Fee of $180,000.00 annually to Kitewheel for three years. The SaaS Schedule states: "For clarity, NTT Data shall be responsible for the Reseller License Fees for each of the years in the term of this Schedule and such fees shall be owed regardless of any termination of this Agreement or Schedule."

22. NTT agreed to pay the Reseller License Fee annually in advance.

23. Because the MBA was a three-year agreement, NTT was obligated to pay the Reseller License Fee of $180,000.00 three times—in 2022, 2023, and 2024.

24. Kitewheel performed all of its obligations under the MBA.

25. NTT initially complied as well. NTT paid the annual Reseller License Fee twice pursuant to the MBA, in 2022 and 2023.

26. In 2024, however, NTT stopped complying with its clear contractual obligation to pay the Reseller License Fee. CSG timely invoices NTT for the Reseller License Fee on or about March 31, 2024. To date, NTT has refused to pay.

27. In an email from NTT's Rocky Hessler to Kitewheel's James Rineer, dated May

20, 2024, Mr. Hessler wrote that NTT's non-payment of the then-due Reseller License Fee was "simply due to budgets not being renewed for internal NTT investment in Xponent licensing as previous."

28. In a letter dated January 29, 2025, after attempting to resolve any issues with NTT informally, CSG gave NTT final notice, pursuant to Section 9.2 of the MBA, of NTT's breach of its payment obligations. CSG gave NTT 30 days to remedy its breach by paying the Reseller License Fee in full.

29. In the spirit of resolving the matter, CSG offered NTT a discount on the Reseller License Fee while reserving the right to pursue all of its contractual, legal, and equitable rights and remedies.

30. Despite the plain language of the MBA, including the SaaS schedule, NTT has refused to pay the Reseller License Fee for the final year of the MBA. The 30-day period for NTT to remedy its breach has long passed and CSG therefore now bring this action against NTT for its breach of the MBA. NTT should be held liable in the amount of at least $180,000.00 for breaching its obligation to pay the Reseller License Fee when due, plus contractual late fees and penalties.

**FIRST CAUSE OF ACTION**
**(Breach of Contract)**

31. CSG repeats, reiterates, and realleges all of the foregoing paragraphs of this Complaint with the same force and effect as if set forth at length herein.

32. The MBA is a valid and enforceable contract between Kitewheel and NTT.

33. Kitewheel performed its obligations under the MBA.

34. Kitewheel has assigned all of its rights under the MBA to CSG, which acquired Kitewheel in July 2021.

35. Despite the plain language of the MBA, and despite having paid the Reseller License Fee twice during the term of the MBA, NTT now refuses to pay the Reseller License Fee for the final year of the contract.

36. CSG unsuccessfully attempted to negotiate an informal resolution with NTT prior to bringing this lawsuit.

37. Despite CSG giving proper notice of NTT's breach of its payment obligations, NTT has failed to pay any part of the Reseller License Fee.

38. NTT is therefore in breach of the MBA.

39. As a result of NTT's breach of the MBA, CSG has been damaged in an amount not less than $180,000.00, plus contractual late fees and applicable interest from the date of NTT's breach.

## **PRAYER FOR RELIEF**

**WHEREFORE** Plaintiff CSG Systems, Inc., respectfully prays for the following relief:

a. Judgment against Defendant NTT DATA, Inc., for not less than $180,000.00, plus any late fees CSG is entitled to pursuant to the MBA;

b. Pre-judgment interest at New York's statutory rate;

c. All costs, disbursements, and expenses incurred in bringing this action; and

d. Such other and further relief as this Court deems just and proper.

New York, New York
October 8, 2025

                                                KAUFF LATON MILLER LLP

                                                */s/ Scott D. Laton*
                                                Scott D. Laton
                                                Judd R. Spray
                                                810 Seventh Avenue, 33rd Floor
                                                New York, New York 10019
                                                Office: 212.906.3442
                                                Mobile: 646.825.1097
                                                Attorneys for Plaintiff