
**KLEHR HARRISON HARVEY BRANZBURG** LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___02/18/2026

Michael Paul Bannon
**Direct Dial**: 215-569-3288
**Email**: mbannon@klehr.com

**APPLICATION GRANTED:** The Initial Conference scheduled for 02/18/2026 is hereby adjourned sine die.

APPLICATION GRANTED

*Katharine H Parker*

Hon. Katharine H. Parker, U.S.M.J.
**02/18/2026**

February 17, 2026

**VIA ECF**

Hon. Katharine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:    *CSG Systems, Inc. v. NTT DATA, Inc.*, Case No. 1:25-cv-08306**
**Request to Continue Initial Conference Pending Settlement**

Dear Judge Parker:

We represent Defendant NTT DATA, Inc. in the above-captioned matter. I write on behalf of the parties to advise the Court that this matter has settled pending final payment. The parties expect to file a stipulation of discontinuance in the coming days. Accordingly, there is no reason for the parties to appear for a conference with the Court tomorrow. The parties respectfully request that the Court adjourn the conference until a date sufficient to give them time to file a stipulation of dismissal.

Thank you for your consideration of this matter.

Respectfully,

*/s/ Michael Paul Bannon*

Michael Paul Bannon (SDNY #5925656)

MPB:mpb

cc:    all counsel of record via CM/ECF
Glenn Weiner, KLEHR HARRISON HARVEY BRANZBURG LLP (gweiner@klehr.com)

3 COLUMBUS CIRCLE  |  SUITE 1537  |  NEW YORK, NY 10019  |  t 332.600.5580  |  f 332.600.7230 |  www.klehr.com

PENNSYLVANIA   |   NEW JERSEY   |   DELAWARE   |   NEW YORK